IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY TURNER,

        Plaintiff,                    No. CIV S-03-0754 LKK PAN P

   vs.

EDWARD S. ALAMEDIA, JR.,

et al.,

        Defendants.           <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 24, 2004, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. On December 27, 2004, plaintiff filed an appeal. On April 25, 2005, plaintiff's appeal was dismissed for lack of jurisdiction.

        Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be

supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed November 24, 2004 are adopted in full; and

    2. Plaintiff's action is dismissed for his repeated failure to file an amended complaint that complies with Fed. R. Civ. P. 8.

DATED:  March 9, 2006.

    /s/Lawrence K. Karlton
    LAWRENCE K. KARLTON
    SENIOR JUDGE
    UNITED STATES DISTRICT COURT

/turn0754.801